**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Brian and Jean Bacardi | ) | The Honorable Eugene R. Wedoff |
| | ) | |
| Debtors and Debtors in Possession. | ) | Case No. 12-14517 |
| | ) | |
| | ) | Hearing: October 30, 2012 at 9:30 a.m. |

**Notice of Motion**

Please take notice that on **October 30, 2012 at 9:30 a.m.,** I shall appear before the Honorable Eugene R. Wedofff, or any other Judge sitting in his stead, in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL 60604, and will present the **Final Application for Compensation for Professional Services and Reimbursement of Expenses Incurred on Behalf of Brian and Jean Bacardi, by Forrest L. Ingram P.C. and the Law Office of Peter L. Berk**, a copy of which is enclosed and served upon you. At the hearing you may appear and be heard.

/s/  Forrest L. Ingram
One of the Debtors' Attorneys

Forrest L. Ingram #3129032
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
312.759.2838

**Certificate of Service**

I, Forrest L. Ingram, an attorney, certify that I caused a true and correct copy of the above Notice and the document to which it refers on all parties entitled to service at the address listed below, by electronic filing through CM/ECF as set forth on the attached service list, at or before 5:00 p.m. on October 9, 2012.

/s/ Forrest L. Ingram

1

**Service List**

---

**Via CM/ECF**

---

**Patrick S. Layng**
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604-2027

---

**Via U.S. Mail**

---

**Brian and Jean Bacardi**
36 Deer Point Drive
Lake Zurich, IL 60047

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Brian and Jean Bacardi | ) | Honorable Eugene R. Wedoff |
| | ) | |
| Debtors and Debtors in Possession. | ) | Case No. 12-14517 |
| | ) | |
| | ) | Hearing: October 30, 2012 at 9:30 a.m. |

**Final Application for Compensation for Professional Services and Reimbursement of Expenses
Incurred on Behalf of Brian and Jean Bacardi by Forrest L. Ingram, P.C. and
the Law Office of Peter L. Berk**

Forrest L. Ingram, P.C. on behalf of its attorneys, and the Law Office of Peter L. Berk (hereinafter

"Applicants"), duly appointed counsel for Debtors and Debtors in Possession Brian and Jean Bacardi

("Debtors"), make their final application for compensation ("Application") under § 331 of the United

States Bankruptcy Code, Federal Rule of Bankruptcy 2016, and Local Rule 5082-1. This Court has

jurisdiction over the subject matter of this Application under 28 U.S.C. § 1334. This is a core proceeding

under 28 U.S.C. § 157(b)(2)(A).

The Applicants request that the Court enter an order allowing compensation for legal services

rendered totaling $2,616.37and reimbursement of expenses totaling $62.90 from September 1, 2012

through September 26, 2012. In support of this Application, Applicants state as follows:

**Narrative Summary of Services Provided by Applicant**

1.   On March 6, 2012 the Debtors entered into an engagement agreement with Applicants for a

Chapter 11 case.

2.   On behalf of the Debtors, Applicants filed a petition for relief under chapter 11 of the Bankruptcy

on April 10, 2012 ("Petition Date").

3.   The Court entered two orders on May 15, 2012 authorizing the Debtors to employ Applicants as

their attorneys in chapter 11 retroactively to April 10, 2012. Copies of the orders are attached as **Exhibit

A**.

1

4.    Applicants have performed numerous legal services for the Debtors in this case. The times and chronology of the Applicants' services for the period beginning September 1, 2012 and ending September 26, 2012, are scheduled in detail to the tenth of an hour and arranged *by natures* in attached **Exhibit B**. A copy of Exhibit B has been sent to the Debtors with a request for review of the details, and for objection, if any.

5.    The Debtors have not objected to any items listed, to any of the services rendered, nor to any of the fees requested.

6.    Applicants' billing detail, arranged *by attorneys*, is attached as **Exhibit C**.

7.    A brief description of the credentials of each employee of Forrest L. Ingram, P.C. and the Law Office of Peter L. Berk for whom compensation is sought is attached as **Exhibit D**.

8.    All services for which compensation is requested were in connection with these bankruptcy proceedings. All services performed after the commencement of this case were in connection with the performance of duties of the Debtors and Debtors in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

9.    The services rendered by Applicants were directly related to and necessary for the Debtors' chapter 11 case, including, but not limited to: corresponding with and advising Debtors regarding their chapter 11 case, drafting and filing motions on behalf of the Debtors, appearing on the Debtors' behalf in court, and preparing the Debtors' Disclosure Statement and Plan.

10. Applicants' customary fees include actual compensation for time and services, fixed overhead, salaries, and unallocable costs.

### Summary of Hourly Services Organized by Nature

11. The Applicants' attorneys and clerks provided a total of approximately 14.1 hours of service, detailed by nature in Exhibit B.  A brief summary of these services follows:

    a.    *Administrative Matters (Admin)***:** Approximately 0.4 hours of time and services were rendered in connection with matters that were administrative in nature including, but not

2

limited to, preparing and filing operating reports and corresponding with Debtors. For these

services, Applicants seeks $79.00.

b. *Disclosure Statement & Plan (DS&P)*: Approximately 10.7 hours of time and services were

rendered in connection with the Debtors' Disclosure Statement and Plan including, but not

limited to, corresponding with secured creditors regarding their objections to proposed plan,

preparing the ballot report, drafting and filing motion to extend time to file plan, and

appearing in court for plan confirmation hearing. For these services, Applicants seeks

$2,810.50.

c. *Fee Application (Fee)*: Approximately 3.0 hours of time and services were rendered in

connection with fee applications including, but not limited to, drafting of fee application and

appearing in court for approval of fees. For such services, Applicants seeks $599.00.

### Summary of Hourly Services Organized by Employees

12. The Applicants' attorneys and clerks provided a total of approximately 14.1 hours of service,

detailed by employee in Exhibit C. The breakdown of attorney/clerk time is as follows:

a. *Attorneys*:

i. Forrest L. Ingram (FLI) provided approximately 1.2 hours of service at $490.00 per

hour, including all phases of the chapter 11 case.

ii. Artur Zadrozny (AZ) provided approximately 7.6 hours of service at $155.00 per

hour, including all phases of the chapter 11 case.

iii. Peter L. Berk (PLB) provided approximately 5.3 hours of service at $325.00 per hour,

including all phases of the chapter 11 case.

13. At the Attorneys' customary rates, total billing amounts to $3,488.50.

14. Per agreement with Debtors, however, Applicants are discounting their fees by 25%, for a total of

$2,616.37.

15. The Applicants have incurred $62.90 in expenses. *See* **Exhibit E.**

16.  This Application and a Notice of Hearing on the Application has been sent to the Debtors, the

U.S. Trustee, and parties entitled to notice.

17.  A Notice of Hearing on this Application has been sent to all other creditors and parties of interest,

along with a summary of all services provided by Debtors' counsel to the Debtors. *See* **Exhibit F.**  A

certificate of service for the Notice has been filed with the Clerk of the Court.

18.  Objections to this Application may be made in writing, filed with the Clerk of this Court and sent

to Forrest L. Ingram, P.C., 79 W. Monroe St., Suite 900, Chicago, Illinois 60603, Fax No. 312.759.0298

on or before September 21, 2012.

19.  Applicants request a reasonable fee in the sum of $2,616.37 and reimbursement of expenses in

the amount of $62.90.

**WHEREFORE,** Applicants request that the Court conduct an appropriate hearing on this Application

and allow the reasonable fee to Applicants in the sum of $2,616.37 for legal services and $62.90 for

reimbursement of expenses for the period from September 1, 2012 through September 26, 2012.

Applicants asks for such other and further relief as the Court deems just and appropriate.

Dated: October 9, 2012

                                                                        Respectfully submitted,
                                                                        FORREST L. INGRAM P.C.

                                                                        /s/  Forrest L. Ingram
                                                                        One of the Debtors' Attorneys

Forrest L. Ingram #3129032
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838