# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Brian and Jean Bacardi | ) | The Honorable Eugene R. Wedoff |
| | ) | |
| Debtors and Debtors in Possession. | ) | Case No. 12-14517 |
| | ) | |
| | ) | Hearing Date: December 5, 2012 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

## NOTICE OF MOTION

To:    See attached service list

**Please Take Notice** that on **December 5, 2012 at 10:00 a.m.**, the undersigned will appear before the Honorable Eugene R. Wedoff, Bankruptcy Judge, in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the attached **Debtors' Motion for Final Decree,** which is enclosed herewith and served upon you.

                                        /s/ Artur Zadrozny

Forrest L. Ingram, #3129032
Michael V. Ohlman, #6294512
Artur Zadrozny, #6308234
FORREST L. INGRAM, P.C.
Peter Berk, #6274567
LAW OFFICE OF PETER BERK
79 W. Monroe St., Suite 900
Chicago, IL  60603
312.759.2838

## CERTIFICATE OF SERVICE

    I, Artur Zadrozny, an attorney, certify that I have served a true and correct copy of the above notice and the documents to which it refers on those whose names appear on the attached service list by electronic case filing or U.S. Mail, first class, postage prepaid from 79 W. Monroe St., Suite 900, Chicago, IL 60603, as indicated on the list, at or before 5:00 p.m. on November 28, 2012.

                                        /s/ Artur Zadrozny

1

**Via CM/ECF:**

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St., Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

M&T Mortgage Corporation
c/o Pierce and Associates, P.C.
1 North Dearborn St.|Suite 1300
Chicago, Illinois 60602

Bank of New York Mellon
c/o Noonan & Lieberman, Ltd.
105 W. Adams, Suite 1100
Chicago, IL 60603

**VIA US Mail**

Brian and Jean Bacardi
36 Deer Point Drive
Lake Zurich, IL 60047

Advocate Health Care
450 W. Highway 22
Barrington, IL 60010

Alexian Brothers Health
c/o Revenue Cycle Solutions
P.O. Box 361230
Birmingham, AL 35236

Alpine Capital Investments
5 Revere Drive Suite 200
Northbrook, IL 60062

Arbor Dental Group
150 W Half Day Rd, Ste 203
Buffalo Grove, IL 60089

Asssociated Recovery Systems
PO Box 469046
Escondido, CA 92046-9046

Baker & Miller
29 N Wacker Drive
5th Floor
Chicago, IL 60603

Blatt Hassenmiller
125 South Wacker Dr. Suite 400
Chicago, IL 60606

Real Time Resolutions, Inc.
1750 Regal Row, Suite 120
Dallas, TX 75235

Budzik & Dynia, LLC
4849 N. Milwaukee Ave. Suite 801
Chicago, IL 60630

Capital One Bank (USA), N.A. by American
InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One, N.a. |Capital One Bank (USA)
N.A.
Po Box 30285
Salt Lake City, UT 84130

Century Link
P.O. Box 1319
Charlotte, NC 28201-1319

Chicago Cornea Consultants Lt.
806 Central Ave.|Suite 300
Highland Park, IL 60035

Client Services, Inc.
3451 Harry S. Truman Blvd
Saint Charles, MO 63301

David Stepanich, Esq.
32 N West Street #203
Waukegan, IL 60085

Discover Bank |DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Financial |Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054

First American Bank
700 Busse Highway
Elk Grove Village, IL 60007

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Mack Eye Center
1220 W. Higgins Road
Hoffman Estates, IL 60169

Markoff Krasny LLC
29 N. Wacker Drive|Suite 550
Chicago, IL 60606

Medical Center Anesthesia
185 Penny Ave., Suite C
Dundee, IL 60118

Nicor Gas
Attention: Bankruptcy Department
Po Box 190
Aurora, IL 60507

Northshore Univ. Health System |Hospital Billing
23056 Network Place
Chicago, IL 60673

Northwest Collectors
3601 Algonquin Rd. Suite 232
Rolling Meadows, IL 60008

PYOD LLC
Attn: Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Premier Eye Care & Surgery
1120-C Lake Cook Road
Buffalo Grove, IL 60089

Pro Woodcare, Inc.
c/o David N, Stepanich
32 N. West St. #203
Waukegan, IL 60085

Quantum3 Group LLC as agent for |Galaxy International Purchasing LLC
PO Box 788
Kirkland, WA 98083-0788

Radiological Consultants of Wood.
9410 Compubill Drive
Orland Park, IL 60462

Southern Resorts
4606 Opa-Locka Lane
Destin, FL 32541

St. Alexis Medical Center
22589 Network Place
Chicago, IL 60673

Tri County Emergency
P.O. Box 98
Barrington, IL 60011

Valentine & Kebartas, Inc
P.O. Box 325
Lawrence, MA 01842-0626

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Brian and Jean Bacardi | ) | The Honorable Eugene R. Wedoff |
| | ) | |
| Debtors and Debtors in Possession. | ) | Case No. 12-14517 |
| | ) | |
| | ) | Hearing Date: December 5, 2012 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

### DEBTORS' MOTION FOR FINAL DECREE

NOW COME the Debtors and Debtors in Possession Brian and Jean Bacardi (the "Debtors"), by and through their attorneys at Forrest L. Ingram, P.C. and the Law Office of Peter L. Berk, and move this Honorable Court to close this case. In support of their motion the Debtors state as follows:

1. On April 10, 2012, the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. The Debtors remain in possession of their assets and continue to conduct their affairs pursuant to 11 U.S.C. §§ 1107 and 1108.

3. On September 26, 2012, after due notice to all creditors and parties in interest, this Court held a hearing on confirmation of Debtors' Plan of Reorganization and, at that hearing, confirmed the Debtors' Plan.

4. On November 28, 2012, the Debtors filed with this Court the status report of initial payments under the Plan in accordance with Rule 2015 indicating that the Debtors are currently executing their Plan as confirmed by this Court.

5. The post-confirmation status date was set by this Court for December 5, 2012 at 10:00 a.m. The Debtors have set this motion for that date and time.

**WHEREFORE**, the Debtors request that this Court enter an Order closing the case and for such other relief this Court deems just.

Dated: November 28, 2012                               Respectfully submitted,
                                                       Brian and Jean Bacardi

                                              By:      /s/  Artur Zadrozny
                                                       One of their attorneys

Forrest L. Ingram, #3129032
Michael V. Ohlman, #6294512
Artur Zadrozny, #6308234
FORREST L. INGRAM, P.C.
Peter Berk, #6274567
LAW OFFICE OF PETER BERK
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

5